# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

William Dennis Echols,

        Petitioner,

v.

        Criminal No. 97-33 (RHK/FLN)
        **ORDER**

United States of America,

        Respondent.

Petitioner may respond to the Government's Memorandum in Opposition on or before April 1, 2006.

Date: March 10, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge