UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

William Dennis Echols,

       Petitioner,                              Criminal No. 97-33 (RHK/FLN)

vs.                                              **ORDER**

United States of America,

       Respondent.

---

Having determined that Petitioner's pending "Civil Motion Pursuant to 60(b) ¶ (6)" is a new collateral attack upon his sentence and that he has previously filed (in May 1999) a section 2255 Petition, he must receive authorization from the Eighth Circuit to file what is in reality a successive petition; he has not done so. Accordingly, and upon all the files, records and proceedings herein, the Civil Motion Pursuant to 60(b) ¶ (6) is **DENIED**.

Dated: March 24, 2006

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge