# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| William Dennis Echols, | Criminal No. 97-33 (RHK/FLN) |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

Petitioner's "Motion to Alter or Amend Judgment Entered March 24, 2006," requesting reconsideration of the Court's previous Order denying his Rule 60(b) Motion as a successive habeas attack on his sentence, is **DENIED**.

Date: April 14, 2006

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge