# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Dennis Echols, | Criminal No. 97-33 (RHK/FLN) |
| Petitioner, | **ORDER** |
| v. | |
| United States of America, | |
| Respondent. | |

---

Petitioner's Application for Certificate of Appealability (Doc. No. 96) is **DENIED**.

Dated: May 15, 2006

                                          s/Richard H. Kyle  
                                          RICHARD H. KYLE  
                                          United States District Judge